United States District Court
For The District Of New Hampshire

07/17/2025

Max Giroux
V.
Warden,

Motion: Stop the clock for federal habe/AEDPA

Nowcome Max Giroux asking This honorable court to stop his clock for Federal Habe/AEDPA as he finishes up the State remedies.

Thank you for your time in this matter

Max Giroux
Sign: [signature]

Date 07/17/2025

Max Giroux 144840
138 East Milan RD
Berlin NH 03570

Legal Mail

WHITE RIV JCT VT 050
22 JUL 2025 AM 2 L

U.S District Court
For Federal Building
55 Pleasent S.T.
Concord, N.H. 03301

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."*

03301-394135

NEW HAMPSHIRE STATE PRISON

This mail is forwarded from the Northern New Hampshire Correctional Facility. The contents have not been evaluated and the Northern NH Correctional Facility is not responsible for the substance or content of the enclosed correspondence.